UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11855 RGS

| | |
|---|---|
| JAMES P. SPHEEKAS and<br>LAURIE A. SPHEEKAS<br>    Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, F.A.<br>and WASHINGTON MUTUAL, INC.,<br>    Defendants. | **ANSWER TO COMPLAINT** |

Washington Mutual Bank, FA and Washington Mutual, Inc. ("Washington Mutual"), hereby answer the plaintiffs' complaint as follows:

**Parties**

1.  Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint.

2.  Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint.

3.  Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint.

4.  Washington Mutual admits the allegations contained in paragraph 4 of the Complaint.

5.  Washington Mutual admits the allegations contained in paragraph 5 of the Complaint.

6.  Washington Mutual denies the allegations contained in paragraph 6 of the Complaint.

7.  Washington Mutual denies the allegations contained in paragraph 7 of the Complaint.

### Facts Common to all counts

8.  Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint.

9.  Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint.

10. Washington Mutual admits the allegations contained in paragraph 10 of the Complaint.

11. Washington Mutual admits the allegations contained in paragraph 11 of the Complaint.

12. Washington Mutual admits the allegations contained in paragraph 12 of the Complaint.

13. Washington Mutual admits the allegations contained in paragraph 13 of the Complaint.

14. Paragraph 14 contains a statement of law to which no response is required.

15. Paragraph 15 contains a statement of law to which no response is required.

16. Paragraph 16 contains a statement of law to which no response is required.

17. Washington Mutual admits the allegations contained in paragraph 17 of the Complaint.

18. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint.

19. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint.

20. Washington Mutual admits the allegations contained in paragraph 20 of the Complaint.

21. Washington Mutual denies the allegations contained in paragraph 21 of the Complaint.

22. Washington Mutual denies the allegations contained in paragraph 22 of the Complaint.

23. Washington Mutual admits the allegations contained in paragraph 23 of the Complaint.

24. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint.

25. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint.

26. With respect to paragraph 26 of the Complaint, Washington Mutual admits that the note did not contain an escrow provision but states that the mortgage contained an escrow provision.

27. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint.

28. Washington Mutual denies the allegations contained in paragraph 28 of the Complaint.

29. Washington Mutual denies the allegations contained in paragraph 29 of the Complaint.

30. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint.

31. Washington Mutual denies the allegations contained in paragraph 31 of the Complaint.

32. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint.

33. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint.

34. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint.

35. Washington Mutual admits the allegations contained in paragraph 35 of the Complaint.

36. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint.

37. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint.

38. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint.

39. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint.

40. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40 of the Complaint.

41. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Complaint.

42. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint.

43. Washington Mutual is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 43 of the Complaint.

44. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint.

45. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint.

46. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint.

47. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint.

48. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint.

49. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint.

50. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint.

51. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Complaint.

52. Washington Mutual admits that Frank Gonzalez sent a letter to plaintiffs in June 2002 stating that plaintiffs' payments had been misapplied and denies any remaining allegations contained in paragraph 52 of the Complaint.

53. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint.

54. Washington Mutual denies the allegations contained in paragraph 54 of the Complaint.

55. Washington Mutual denies the allegations contained in paragraph 55 of the Complaint.

56. Washington Mutual denies the allegations contained in paragraph 56 of the Complaint.

57. Washington Mutual denies the allegations contained in paragraph 57 of the Complaint.

58. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint.

59. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the Complaint.

60. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Complaint.

61. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Complaint.

62. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Complaint.

63. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint.

64. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Complaint.

65. Washington Mutual denies the allegations contained in paragraph 65 of the Complaint.

66. Washington Mutual denies the allegations contained in paragraph 66 of the Complaint.

67. Washington Mutual admits that it received a letter purporting to be a demand made pursuant to M.G.L. c. 93A and is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations contained in paragraph 67 of the Complaint.

68. Washington Mutual admits that the plaintiffs demanded $40,000 in the letter and is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations contained in paragraph 68 of the Complaint.

69. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the Complaint.

70. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of the Complaint.

71. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of the Complaint.

## Count I Libel

72.    Washington Mutual repeats and reaffirms its answers as though fully set forth herein to the allegations contained in paragraphs 1-71 of the Complaint.

73.    Washington Mutual denies the allegations contained in paragraph 73 of the Complaint.

74.    Washington Mutual denies the allegations contained in paragraph 74 of the Complaint.

75.    Washington Mutual denies the allegations contained in paragraph 75 of the Complaint.

76.    Washington Mutual denies the allegations contained in paragraph 76 of the Complaint.

77.    Washington Mutual denies the allegations contained in paragraph 77 of the Complaint.

78.    Washington Mutual denies the allegations contained in paragraph 78 of the Complaint.

79.    Washington Mutual denies the allegations contained in paragraph 79 of the Complaint.

80.    Paragraph 80 calls for a legal conclusion to which no response is required. To the extent an answer is required, Washington Mutual denies the allegations contained in paragraph 80 of the Complaint.

## Count II Violation of the covenant of the covenant (sic) of good faith and fair dealing

81. Defendant repeats and reaffirms its answers as though fully set forth herein to the allegations contained in paragraphs 1-79 of the Complaint.

82. Paragraph 82 contains a statement of law to which no response is required.

83. Washington Mutual denies the allegations contained in paragraph 83 of the Complaint.

84. Washington Mutual denies the allegations contained in paragraph 84 of the Complaint.

85. Washington Mutual denies the allegations contained in paragraph 85 of the Complaint.

86. Washington Mutual denies the allegations contained in paragraph 86 of the Complaint.

## Count III Breach of Contract

87. Washington Mutual repeats and reaffirms its answers as though fully set forth herein to the allegations contained in paragraphs 1-86 of the Complaint.

88. Washington Mutual denies the allegations contained in paragraph 88 of the Complaint.

89. Paragraph 89 calls for a legal conclusion to which no response is required. To the extent an answer is required, Washington Mutual denies the allegations contained in paragraph 89 of the Complaint.

90. Washington Mutual denies the allegations contained in paragraph 90 of the Complaint.

91. Washington Mutual denies the allegations contained in paragraph 91 of the Complaint.

## Count IV Violation of Consumer Protection Statute

92. Washington Mutual repeats and reaffirms its answers as though fully set forth herein to the allegations contained in paragraphs 1-91 of the Complaint.

93. Washington Mutual admits that on or about March 23, 2004 it received a letter from plaintiffs' counsel purporting to be a written demand under M.G.L. chapter 93A and is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations contained in paragraph 93 of the Complaint.

94. Washington Mutual is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of the Complaint.

95. Washington Mutual denies the allegations contained in paragraph 95 of the Complaint.

96. Paragraph 96 calls for a legal conclusion to which no response is required. To the extent an answer is required, Washington Mutual denies the allegations contained in paragraph 96 of the Complaint.

97. Washington Mutual denies the allegations contained in paragraph 97 of the Complaint.

98. Paragraph 98 calls for a legal conclusion to which no response is required. To the extent an answer is required, Washington Mutual denies the allegations contained in paragraph 98 of the Complaint.

99. Washington Mutual denies the allegations contained in paragraph 99 of the Complaint.

100. Paragraph 100 calls for a legal conclusion to which no response is required. To the extent an answer is required, Washington Mutual denies the allegations contained in paragraph 100 of the Complaint.

101. Washington Mutual denies the allegations contained in paragraph 101 of the Complaint.

102. Washington Mutual denies the allegations contained in paragraph 102 of the Complaint.

103. Washington Mutual denies the allegations contained in paragraph 103 of the Complaint.

## AFFIRMATIVE DEFENSES

### First Defense

The plaintiffs have failed to state a claim upon which relief can be granted.

### Second Defense

One or more of plaintiff's claims are barred by the doctrines of estoppel and waiver.

### Third Defense

One or more of plaintiff's claims are barred by the applicable statute of limitations.

### Fourth Defense

All of Washington Mutual's actions or inactions were done in good faith.

### Fifth Defense

Plaintiffs' breach of contract caused any damages alleged in the Complaint.

### Sixth Defense

One or more of plaintiffs' claims are barred by laches.

<u>Seventh Defense</u>

No private right of action exists for one or more of the statutes upon which plaintiffs rely.

WHEREFORE, Washington Mutual respectfully requests this Court:

    a.    dismiss all counts of the Plaintiff's Complaint with prejudice and award attorneys fees and costs to Washington Mutual.

    b.    award such other relief as the Court deems just and proper.

Respectfully submitted,

WASHINGTON MUTUAL BANK, F.A.
WASHINGTON MUTUAL, INC.
by their attorneys,

_____
Donn A. Randall, BBO #631590
Carol E. Kamm, BBO #559252
BULKLEY, RICHARDSON AND GELINAS, LLP
One Post Office Square, Suite 3700
Boston, MA  02109
Telephone: 617-368-2500
Fax:  617-368-2525

Date:  November 4, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by first class mail on this 4th day of November, 2004.

_____
Carol E. Kamm

(doc. #280994)

12