UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11855 RGS

| | |
|---|---|
| JAMES P. SPHEEKAS and ) <br> LAURIE A. SPHEEKAS ) <br>         Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WASHINGTON MUTUAL BANK, F.A. ) <br> and WASHINGTON MUTUAL, INC., ) <br>         Defendants. ) <br> ) | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3** |

Pursuant to Local Rule 7.3 of the Local Rules of the District of Massachusetts, defendant Washington Mutual Bank, FA states that it is a wholly owned subsidiary of its parent corporation, defendant Washington Mutual, Inc., which is a publicly held company whose shares are traded on the New York Stock Exchange.

        Respectfully submitted,

        WASHINGTON MUTUAL BANK, FA
        WASHINGTON MUTUAL, INC.
        by their attorneys,

           /s/ Carol E. Kamm
        Donn A. Randall, BBO #631590
        Carol E. Kamm, BBO #559252
        BULKLEY, RICHARDSON AND GELINAS, LLP
        One Post Office Square, Suite 3700
        Boston, MA  02109
        Telephone: 617-368-2500
        Fax:  617-368-2525

Date:  November 15, 2004