UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11855 RCS

| | |
|---|---|
| JAMES P. SPHEEKAS and </br> LAURIE A. SPHEEKAS </br>         Plaintiffs, </br> </br>v. </br> </br> WASHINGTON MUTUAL BANK, F.A. </br> and WASHINGTON MUTUAL, INC., </br>         Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**JOINT SCHEDULING STATEMENT FOR INITIAL SCHEDULING CONFERENCE**

Pursuant to the Notice of Scheduling Conference dated December 10, 2004, and in accordance with Federal Rule of Civil Procedure 16(b) and Local Rule 16.1, counsel for Plaintiff and counsel for Defendants submit the following:

**A.     Proposed Agenda of Matters to Be Discussed At Scheduling Conference**

1. Establishment of a Pretrial Schedule, including discovery, motions, amendments to pleadings and case management conference.

2. Plaintiff's settlement proposal and Defendants' response thereto.

3. Election not to proceed before the Magistrate.

**B.     Proposed Pretrial Schedule**

| Event | Deadline |
|---|---|
| 1.  Motion to Remand | March 31, 2005 |
| 2.  Completion of automatic disclosure | March 31, 2005 |
| 3.  Completion of all discovery, including expert discovery | October 14, 2005 |
| 5.  Plaintiff's expert report served | July 15, 2005 |
| 6.  Defendants' expert report served, deposition of plaintiff's expert completed | August 15, 2005 |
| 6.  Plaintiff's rebuttal to defendants' expert report | August 31, 2005 |

served, deposition of defendants' expert completed

| | | |
|---|---|---|
| 7. | Filing of dispositive motions | November 15, 2005 |
| 8. | Filing of opposition to dispositive motions | December 15, 2005 |
| 9. | Rebuttal to opposition to dispositive motions filed | December 30, 2005 |
| 10. | Hearing on dispositive motions | To be Determined by the Court |
| 11. | Trial | To be Determined by the Court |

**C.    Settlement Proposal**

Plaintiff has submitted a settlement proposal to counsel for Defendants.

**D.    Certification of Counsel Regarding Budget and Alternative Dispute Resolution**

Certifications signed by counsel and a representative of each party affirming that the party has conferred with counsel regarding establishing a budget for the costs of litigation and regarding use of alternative dispute resolution in this litigation will be submitted to the Court at or prior to the initial scheduling conference on January 24, 2005.

Dated:   January 19, 2005

                      Respectfully submitted:

| The Plaintiffs | The Defendants |
|---|---|
| James P. Spheekas and Laurie A. Spheekas | Washington Mutual Bank, F.A. and Washington Mutual, Inc. |
| /s/ William F. Smith (by /s/ Carol E. Kamm) | /s/ Carol E. Kamm |
| William F. Smith | Donn A. Randall |
| BBO No. 645188 | BBO No. 631590 |
| 166 Kenoza Avenue | Carol E. Kamm |
| Haverhill, MA  01830 | BBO No. 559252 |
| Tel. (978) 373-1290 | Bulkley, Richardson and Gelinas, LLP |
| Fax (978) 373-1291 | One Post Office Square, Suite 3700 |
| | Boston, MA  02109 |
| | Tel. (617) 368-2500 |
| | Fax. (617) 368-2525 |

2