UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11855 RGS

| | |
|---|---|
| JAMES P. SPHEEKAS and<br>LAURIE A. SPHEEKAS<br>           Plaintiffs,<br><br>           v.<br>WASHINGTON MUTUAL BANK, F.A.<br>and WASHINGTON MUTUAL, INC.,<br>           Defendants. | CERTIFICATION OF DEFENDANTS<br>WASHINGTON MUTUAL BANK, F.A.<br>AND WASHINGTON MUTUAL, INC.<br>AND THEIR COUNSEL PURSUANT<br>TO LOCAL RULE 16.1(d)(3) |

The defendants, Washington Mutual Bank, FA and Washington Mutual, Inc. and their counsel, Bulkley, Richardson and Gelinas, LLP, hereby certify that, pursuant to Local Rule 16.1(d)(3) of the United States District Court for the District of Massachusetts, they have conferred regarding the following matters:

(a) the establishment of a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Date: January 19, 2005

WASHINGTON MUTUAL BANK, FA
and WASHINGTON MUTUAL, INC.
By:

_____
Donn A. Randall, BBO# 631590
Carol E. Kamm, BBO# 559252
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, MA 02109
Tel: (617) 368-2500
Fax: (617) 368-2525

_____
Amy Morse, Esq.