IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11855 RGS

IN CLERKS OFFICE

2005 JAN 25 P 3: 21

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| James Spheekas | ) |
| And Laurie Spheekas, | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| Washington Mutual Bank, FA | ) |
| And Washington Mutual, Inc. | ) |
| Defendants | ) |

**Certification Pursuant to LR, D. Mass. 16.1 (D)(3)**

The undersigned, being James Spheekas, a plaintiff in the above-captioned action and William F. Smith, counsel to the plaintiff in this action, do hereby certify that they have conferred with respect to:

(a) Establishing a budget for the cost of conducting the full course of the litigation in the instant case, with due notice taken of the Proposed Pretrial Schedule and Subsequent Events required by the litigation and of the budget for various alternative courses of litigation

(b) Consideration of the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4. Plaintiffs are willing to engage alternative dispute resolution.

Respectfully submitted,

James A. Spheekas
Plaintiff

William F. Smith
Counsel to Plaintiff
166 Kenoza Avenue
Haverhill, MA 01830
978-373-1290