IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil No. 04-11855 RGS

FILED
CLERKS OFFICE
2005 JAN 25 P 3:31
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| James Spheekas | ) |
| And Laurie Spheekas, | ) |
| Defendants | ) |
| | ) |
| v. | ) |
| | ) |
| Washington Mutual Bank, FA | ) |
| And Washington Mutual, Inc. | ) |

### Appearance of Counsel

NOW COMES William Francis Smith, being admitted to practice in the United States District Court for the District of Massachusetts, and enters his appearance in this court for James P. Spheekas and Laurie A. Spheekas, plaintiffs in the above-captioned action.

Respectfully submitted,

William F. Smith
166 Kenoza Avenue
Haverhill, MA 01832
978-373-1290-voice
978-373-1291-telefax
Mass. BBO # 654188

### CERTIFICATION

I hereby certify that I have served a copy of this Appearance of Counsel to counsel to the defendants, by mailing by first-class United States Mail to on Carol E. Kamm, Esquire, Bulkley Richardson and Gelinas, LLP, One Post Office Square, Suite 3700, Boston, MA 02109 on the date referenced below.