UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

Civil No. 04-11855 RGS

2005 FEB -4  P 2: 52

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| James Spheekas<br>And Laurie Spheekas,<br>Defendants | )<br>)<br>)<br>) |
| v. | )<br>) |
| Washington Mutual Bank, FA<br>And Washington Mutual, Inc. | )<br>) |

### Assented Motion to Continue

NOW COMES James Spheekas, plaintiffs in the above-captioned action, through counsel, and move this Court to reschedule the Rule 16 conference now scheduled for February 10, 2005 to another date at the convenience of the court.

AS REASON THEREFORE, plaintiffs state that counsel will be occupied in trial of a case at hearing before the Massachusetts Department of Industrial Accidents, for which hearing counsel for other parties have been made and arrangements have been made for witnesses and others to appear.

I hereby certify that I have consulted with Carol E. Kamm, Esquire, counsel to the plaintiffs and that she assents to the motion to continue the scheduled conference.

Respectfully submitted,

*[signature]*

William F. Smith
166 Kenoza Avenue
Haverhill, MA  01832
978-373-1290-voice
978-373-1291-telefax
Mass. BBO # 654188

### CERTIFICATION

I hereby certify that I have served a copy of this Appearance of Counsel to counsel to the defendants, by mailing by first-class United States Mail to on Carol E. Kamm, Esquire, Bulkley Richardson and Gelinas, LLP, One Post Office Square, Suite 3700, Boston, MA 02109 on the date referenced below.

*[signature]*