UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_James Spheekas_
Plaintiff(s)

v.

_Washington Mutual Bank_
Defendant(s)

CIVIL ACTION NO. 04-11855-P??

**ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _ADR Program_ for the following ADR program:

- ____ EARLY NEUTRAL EVALUATION
- __X__ MEDIATION
- ____ MINI-TRIAL
- ____ SUMMARY JURY TRIAL
- ____ SETTLEMENT CONFERENCE
- ____ SPECIAL MASTER
- ____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

_5/10/05_
DATE

_Richard D. Hearn_
UNITED STATES DISTRICT JUDGE

**CASE CATEGORY**

| | |
|---|---|
| Admiralty ____ | Antitrust ____ |
| Civil Rights ____ | Contract ____ |
| Copyright/Trademark/Patent ____ | Environmental ____ |
| ERISA ____ | FELA ____ |
| Labor Relations ____ | Medical Malpractice ____ |
| Personal Injury ____ | Product Liability ____ |
| Shareholder Dispute ____ | |
| (Other) | _Truth in Lending_ |

(adrrefl.orc - 4/29/94)        [orefadr.]