UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES P. SPHEEKAS, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WASHINGTON MUTUAL )<br>BANK, F.A., et al., )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 04-11855-RGS |

**REPORT RE: REFERENCE FOR**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE STEARNS

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On ___August 11, 2005___, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

    __X__ MEDIATION    _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

The parties were present in person or by authorized corporate officer, and were represented by counsel.

The case was:

[ ]  Settled. Your clerk should enter a 30-day order of dismissal.

[ X ]  There was progress. A further conference has been scheduled for ___8/24/05 at 10:30AM___, unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____

                                                                                / s / Judith Gail Dein
                                                            Judith Gail Dein, U.S. Magistrate Judge
DATED: August 11, 2005                          ADR Provider