UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11855 RGS

| | |
|---|---|
| JAMES P. SPHEEKAS and )<br>LAURIE A. SPHEEKAS )<br>  Plaintiffs, )<br> )<br>  v. )<br>WASHINGTON MUTUAL BANK, F.A. )<br>and WASHINGTON MUTUAL, INC., )<br>  Defendants. )<br> ) | **JOINT MOTION TO<br>CONTINUE MEDIATION** |

The plaintiffs James P. Spheekas and Laurie A. Spheekas, and the defendants, Washington Mutual Bank, F.A. and Washington Mutual, Inc., hereby jointly move this Court to continue the mediation of this action scheduled for Wednesday, August 24, 2005, The parties request that the mediation be rescheduled to the morning of September 20, 2005, September 23, 2005, or a date thereafter at the Court's convenience.

As reasons for this request, the parties state that at the mediation session on August 11, 2005, the Court asked the parties to assemble and exchange information pertaining to the plaintiffs' loan with Washington Mutual prior to the continuation of the mediation. The parties have been working diligently to obtain and provide this information. However, additional time is needed to complete the exchange of information, and to process the information received from the other party. The parties believe that the mediation will be more productive if they are given additional time to review and discuss the exchanged information, prior to continuing the mediation.

The parties have conferred in an effort to find common dates on which all counsel and parties can be present or available. Taking into consideration vacation schedules and previously

1

scheduled commitments, the parties have determined that they are available on September 20, 2005 and September 23, 2005, and ask the Court to reschedule the mediation for the morning of September 20th or 23rd.  Alternatively, the parties ask the Court to reschedule the mediation for a date thereafter at the Court's convenience.  Counsel for defendants wish to inform the Court that they are scheduled to try a case in Massachusetts Superior Court from approximately Monday, October 3, 2005 through October 7, 2005.

For the reasons set forth above, the parties ask this Court to continue the mediation to the morning of September 20, 2005 or September 23, 2005.

Date:  August 23, 2005

| DEFENDANTS | PLAINTIFFS |
|---|---|
| WASHINGTON MUTUAL BANK, F.A. | JAMES SPHEEKAS and |
| and WASHINGTON MUTUAL, INC. | LAURIE SPHEEKAS |
| By: | By: |
| /s/ Carol E. Kamm | /s/ William F. Smith |
| Donn A. Randall, BBO# 631590 | William F. Smith |
| Carol E. Kamm, BBO# 559252 | 166 Kenoza Avenue |
| Bulkley, Richardson and Gelinas, LLP | Haverhill, MA  01832 |
| One Post Office Square, Suite 3700 | tel:  (978) 373-1290 |
| Boston, MA  02109 | fax:  (978) 373-1291 |
| Tel:  (617) 368-2500 | |
| Fax:  (617) 368-2525 | |