UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11855 RGS

| | |
|---|---|
| JAMES P. SPHEEKAS and ) <br> LAURIE A. SPHEEKAS ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> WASHINGTON MUTUAL BANK, F.A. ) <br> and WASHINGTON MUTUAL, INC., ) <br> Defendants. ) <br> ) | **FURTHER JOINT MOTION TO CONTINUE MEDIATION** |

The plaintiffs, James P. Spheekas and Laurie A. Spheekas, and the defendants, Washington Mutual Bank, F.A. and Washington Mutual, Inc., hereby jointly ask this Court once again to continue the mediation of this action scheduled for September 20, 2005. The parties also request that they be allowed to file a report on the status of obtaining the information about the uncredited payments on or before October 7, 2005, and that the Court reschedule this mediation after that information has been obtained. Alternatively, the parties ask this Court to reschedule the mediation for a date in late October 2005. The reasons for this second request for a postponement are set forth below.

The parties state that at the mediation session on August 11, 2005, the Court asked the parties to assemble and exchange information about the plaintiffs' loan with Washington Mutual and payments made before continuing the mediation. The parties have exchanged the information as instructed by the Court. According to the information provided by plaintiffs, however, approximately ten payments they claim they made were not credited by Washington Mutual. In researching this issue, Washington Mutual has learned that these payments were made through the electronic payment service provided by plaintiffs' bank (Fleet National Bank, now Bank of

1

America), and that these payments were processed by a third-party vendor. The current third-party vendor is Checkfree. Washington Mutual has learned that it initially rejected some of the payments recently made by plaintiffs through Checkfree because the payment was made to an incorrect loan number. Washington Mutual is unable to determine whether any of the uncredited payments were rejected for this or any other reason, and does not know the identity of the third-party vendor that processed the uncredited payments. Checkfree has informed Washington Mutual that it will not provide any additional information without an authorization from plaintiffs to disclose the information. Washington Mutual has requested this authorization from the plaintiffs, as well as the identity of the third-party vendor that processed the uncredited payments. Plaintiffs are currently considering this request and are attempting to obtain the requested information from their bank. Washington Mutual is unable to determine what happened to the uncredited payments unless it is allowed to communicate with the third-party vendor who processed the payments.

The parties believe that it will not be constructive to continue the mediation until the issue of the uncredited payments has been cleared up. As this Court is aware, a disagreement exists between the parties concerning the current amount of the principal and interest owed on the loan, and this issue cannot be resolved without confirmation of the exact number of payments that were made to the loan account.

The parties will continue to work diligently on this issue but cannot state with any certainty when it will be resolved, as information is required from third-parties over whom the parties have no control. Therefore, the parties request that the mediation currently scheduled for September 20, 2005 be postponed. The parties also request that they be allowed to file a report on the status of obtaining the information about the uncredited payments on or before October 7, 2005, and that

the Court reschedule this mediation after that information has been obtained. Alternatively, the parties request that the mediation be rescheduled for a date in late October 2005.

    For the reasons set forth above, the parties ask this Court to continue the mediation currently scheduled for September 20, 2005, to have the parties file a report on the status of obtaining the information pertaining to the uncredited payments on or before October 7, 2005, and to reschedule this mediation after the information pertaining to the uncredited payments has been obtained. Alternatively, the parties ask this Court to reschedule the mediation for a date in late October 2005.

Respectfully submitted:

| DEFENDANTS | PLAINTIFFS |
|---|---|
| WASHINGTON MUTUAL BANK, F.A. | JAMES SPHEEKAS and |
| and WASHINGTON MUTUAL, INC. | LAURIE SPHEEKAS |
| By: | By: |
|     /s/ Carol E. Kamm |   /s/ William F. Smith |
| Donn A. Randall, BBO# 631590 | William F. Smith |
| Carol E. Kamm, BBO# 559252 | 166 Kenoza Avenue |
| Bulkley, Richardson and Gelinas, LLP | Haverhill, MA 01832 |
| One Post Office Square, Suite 3700 | tel: (978) 373-1290 |
| Boston, MA 02109 | fax: (978) 373-1291 |
| Tel: (617) 368-2500 | |
| Fax: (617) 368-2525 | |

Date: September 19, 2005

(doc. #308313)