UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11855 RGS

| | |
|---|---|
| JAMES P. SPHEEKAS and<br>LAURIE A. SPHEEKAS<br>          Plaintiffs,<br><br>v.<br>WASHINGTON MUTUAL BANK, F.A.<br>and WASHINGTON MUTUAL, INC.,<br>          Defendants. | **JOINT REPORT**<br>**REGARDING MEDIATION** |

The plaintiffs James P. Spheekas and Laurie A. Spheekas, and the defendants, Washington Mutual Bank, F.A. and Washington Mutual, Inc., hereby jointly report to this Court regarding the status of obtaining information about uncredited loan payments, as set forth in the parties' Further Joint Motion to Continue Mediation ("Joint Motion").

In the Joint Motion, the parties informed the Court that they were attempting to obtain information from a third party (Bank of America) regarding the processing by Bank of America's third-party vendor of plaintiffs' electronic payments. Although he is reluctant to provide Washington Mutual with an authorization to speak with the third-party vendor, Mr. Spheekas has been in communication with Bank of America to obtain the information that will assist in answering this question. Bank of America will not send this information directly to Mr. Spheekas, and has apparently sent information directly to Washington Mutual. Washington Mutual is a large organization with multiple offices, and the parties are now attempting to determine where the information was sent. After the information is located, Washington Mutual will begin promptly to research what happened to the uncredited payments.

1

The parties request the opportunity to report again to the Court in two weeks, i.e., by October 21, 2005, regarding the status of obtaining this information.

Date:  October 6, 2005

| DEFENDANTS | PLAINTIFFS |
|---|---|
| WASHINGTON MUTUAL BANK, F.A. and WASHINGTON MUTUAL, INC. By: | JAMES SPHEEKAS and LAURIE SPHEEKAS By: |
| _____/s/ Carol E. Kamm_____ Donn A. Randall, BBO# 631590 Carol E. Kamm, BBO# 559252 Bulkley, Richardson and Gelinas, LLP One Post Office Square, Suite 3700 Boston, MA  02109 Tel:  (617) 368-2500 Fax:  (617) 368-2525 | __/s/ William F. Smith_____ William F. Smith 166 Kenoza Avenue Haverhill, MA  01832 tel:  (978) 373-1290 fax:  (978) 373-1291 |