UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11855 RGS

| | |
|---|---|
| JAMES P. SPHEEKAS and )<br>LAURIE A. SPHEEKAS )<br>            Plaintiffs, )<br> )<br>v. )<br>WASHINGTON MUTUAL BANK, F.A. )<br>and WASHINGTON MUTUAL, INC., )<br>            Defendants. )<br> ) | **JOINT REPORT<br>REGARDING MEDIATION** |

      The plaintiffs James P. Spheekas and Laurie A. Spheekas, and the defendants, Washington Mutual Bank, F.A. and Washington Mutual, Inc., hereby jointly report to this Court regarding the status of obtaining information about uncredited loan payments, as set forth in the parties' Further Joint Motion to Continue Mediation ("Joint Motion") and Joint Report Regarding Mediation dated October 6, 2005 ("Joint Report").

      In the Joint Motion and the Joint Report, the parties informed the Court that they were attempting to obtain information from a third party (Bank of America) regarding the processing by Bank of America's third-party vendor of plaintiffs' electronic payments.  Bank of America has apparently sent information directly to Washington Mutual, but the parties have been unable to determine to which Washington Mutual office the information was sent.   The parties have agreed that Washington Mutual will subpoena this information from Bank of America.  Washington Mutual has prepared the subpoena and will serve it on October 26, 2005.

      The parties request the opportunity to report again to the Court in three weeks, i.e., by November 15, 2005, regarding the status of obtaining this information.

1

Date:  October 25, 2005

| | |
|---|---|
| DEFENDANTS<br>WASHINGTON MUTUAL BANK, F.A.<br>and WASHINGTON MUTUAL, INC.<br>By:<br><br>     /s/ Carol E. Kamm<br>Donn A. Randall, BBO# 631590<br>Carol E. Kamm, BBO# 559252<br>Bulkley, Richardson and Gelinas, LLP<br>One Post Office Square, Suite 3700<br>Boston, MA  02109<br>Tel:  (617) 368-2500<br>Fax:  (617) 368-2525 | PLAINTIFFS<br>JAMES SPHEEKAS and<br>LAURIE SPHEEKAS<br>By:<br><br>   /s/ William F. Smith<br>William F. Smith<br>166 Kenoza Avenue<br>Haverhill, MA  01832<br>tel:  (978) 373-1290<br>fax:  (978) 373-1291 |