UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11855 RGS

|  |  |  |
|---|---|---|
| JAMES P. SPHEEKAS and<br>LAURIE A. SPHEEKAS<br>　　　　Plaintiffs,<br><br>v.<br>WASHINGTON MUTUAL BANK, F.A.<br>and WASHINGTON MUTUAL, INC.,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JOINT REPORT<br>REGARDING MEDIATION**<br>. |

　　　The plaintiffs James P. Spheekas and Laurie A. Spheekas, and the defendants, Washington Mutual Bank, F.A. and Washington Mutual, Inc., hereby jointly report to this Court regarding the status of obtaining information about uncredited loan payments, as set forth in the parties' Further Joint Motion to Continue Mediation ("Joint Motion") and prior Joint Reports.

　　　Washington Mutual served a keeper of records deposition subpoena on Bank of America, commanding Bank of America to produce statements for the Spheekases' bank account at Bank of America, payments to Washington Mutual from this bank account, and the processing of these payments by the third-party vendor.  On November 7, 2005, counsel for Washington Mutual spoke with a representative of the court order processing department at Bank of America regarding the documents requested in the subpoena.  Counsel agreed to accept the bank account statements as an initial document production and will identify the specific payments at issue.  Bank of America will then attempt to locate the requested documents for these payments.  Counsel for Washington Mutual contacted Bank of America today and was informed that the bank statements will be sent today.

1

The parties request the opportunity to report again to the Court in three weeks, i.e., by December 6, 2005, regarding the status of obtaining this information.

Date:  November 15, 2005

| DEFENDANTS | PLAINTIFFS |
|---|---|
| WASHINGTON MUTUAL BANK, F.A. | JAMES SPHEEKAS and |
| and WASHINGTON MUTUAL, INC. | LAURIE SPHEEKAS |
| By: | By: |
|   |   |
| _____/s/ Carol E. Kamm_____ | __/s/ William F. Smith_____ |
| Donn A. Randall, BBO# 631590 | William F. Smith |
| Carol E. Kamm, BBO# 559252 | 166 Kenoza Avenue |
| Bulkley, Richardson and Gelinas, LLP | Haverhill, MA  01832 |
| One Post Office Square, Suite 3700 | tel:  (978) 373-1290 |
| Boston, MA  02109 | fax:  (978) 373-1291 |
| Tel:  (617) 368-2500 | |
| Fax:  (617) 368-2525 | |

(#313348)