UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11855 RGS

| | |
|---|---|
| JAMES P. SPHEEKAS and <br> LAURIE A. SPHEEKAS <br>           Plaintiffs, <br><br> v. <br> WASHINGTON MUTUAL BANK, F.A. <br> and WASHINGTON MUTUAL, INC., <br>           Defendants. | **JOINT REPORT** <br> **REGARDING MEDIATION** |

      The plaintiffs James P. Spheekas and Laurie A. Spheekas, and the defendants, Washington Mutual Bank, F.A. and Washington Mutual, Inc., hereby jointly report to this Court regarding the status of obtaining information about uncredited loan payments, as set forth in the parties' Further Joint Motion to Continue Mediation ("Joint Motion") and prior Joint Reports.

      Since the last Joint Report, Washington Mutual received a copy of plaintiffs' bank statements pursuant to a keeper of records deposition subpoena on Bank of America. As agreed with Bank of America, counsel for Washington Mutual then reviewed the bank statements and identified the transactions at issue – i.e., payments to Washington Mutual that were either not received or were returned by Washington Mutual. Counsel for Washington Mutual then faxed the documents reflecting these transactions to Bank of America, so that Bank of America could locate documents containing the third-party vendor and routing information requested in the subpoena for these transactions. Counsel for Washington Mutual spoke with the contact person at Bank of America and was informed there were no documents responsive to the requests. After further conversation regarding issues pertaining to locating documents with this information, counsel for

1

Washington Mutual was informed that Bank of America will make additional efforts to determine whether they have documents responsive to the requests.

The parties request the opportunity to report again to the Court on or before December 28, 2005, regarding the status of obtaining this information.

Date: December 6, 2005

| DEFENDANTS | PLAINTIFFS |
|---|---|
| WASHINGTON MUTUAL BANK, F.A. and WASHINGTON MUTUAL, INC. | JAMES SPHEEKAS and LAURIE SPHEEKAS |
| By: | By: |
| /s/ Carol E. Kamm | /s/ William F. Smith |
| Donn A. Randall, BBO# 631590 | William F. Smith |
| Carol E. Kamm, BBO# 559252 | 166 Kenoza Avenue |
| Bulkley, Richardson and Gelinas, LLP | Haverhill, MA 01832 |
| One Post Office Square, Suite 3700 | tel: (978) 373-1290 |
| Boston, MA 02109 | fax: (978) 373-1291 |
| Tel: (617) 368-2500 | |
| Fax: (617) 368-2525 | |

(Doc. # 314871)