UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11855 RGS

| | |
|---|---|
| JAMES P. SPHEEKAS and  )<br>LAURIE A. SPHEEKAS         )<br>           Plaintiffs,   )<br>                                    )<br>v.                                 )<br>WASHINGTON MUTUAL BANK, F.A.  )<br>and WASHINGTON MUTUAL, INC.,  )<br>           Defendants.    )<br>                                    ) | **JOINT REPORT<br>REGARDING MEDIATION** |

The plaintiffs James P. Spheekas and Laurie A. Spheekas, and the defendants, Washington Mutual Bank, F.A. and Washington Mutual, Inc., hereby jointly report to this Court regarding the status of obtaining information about uncredited loan payments, as set forth in the parties' Further Joint Motion to Continue Mediation ("Joint Motion") and prior Joint Reports.

Since the last Joint Report, Washington Mutual has received a few documents from Bank of America, in response to the subpoena Washington Mutual served on Bank of America to obtain information regarding electronic payments plaintiffs allegedly made to Washington Mutual that were not credited by Washington Mutual ("uncredited payments"). On approximately December 19, 2005, Bank of America sent Washington Mutual documents concerning electronic payments made by plaintiffs in 2005. However, Washington Mutual did not receive documents concerning uncredited payments allegedly made between 2002 and 2004, which is when most (if not all) of the uncredited payments were allegedly made. Washington Mutual has been in contact with a different department of Bank of America and has requested assistance in locating documents for uncredited payments allegedly made between 2002 and 2004.

1

The parties request the opportunity to report again to the Court on or before January 18, 2006, regarding the status of obtaining this information.

Date:  December 28, 2005

| DEFENDANTS<br>WASHINGTON MUTUAL BANK, F.A.<br>and WASHINGTON MUTUAL, INC.<br>By: | PLAINTIFFS<br>JAMES SPHEEKAS and<br>LAURIE SPHEEKAS<br>By: |
|---|---|
| _____/s/ Carol E. Kamm_____<br>Donn A. Randall, BBO# 631590<br>Carol E. Kamm, BBO# 559252<br>Bulkley, Richardson and Gelinas, LLP<br>One Post Office Square, Suite 3700<br>Boston, MA  02109<br>Tel:  (617) 368-2500<br>Fax:  (617) 368-2525 | __/s/ William F. Smith_____<br>William F. Smith<br>166 Kenoza Avenue<br>Haverhill, MA  01832<br>tel:  (978) 373-1290<br>fax:  (978) 373-1291 |

(Doc. # 316622)