UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11855 RGS

| | | |
|---|---|---|
| JAMES P. SPHEEKAS and<br>LAURIE A. SPHEEKAS<br>　　　　Plaintiffs,<br><br>v.<br>WASHINGTON MUTUAL BANK, F.A.<br>and WASHINGTON MUTUAL, INC.,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JOINT REPORT<br>REGARDING MEDIATION** |

　　　The plaintiffs James P. Spheekas and Laurie A. Spheekas, and the defendants, Washington Mutual Bank, F.A. and Washington Mutual, Inc., hereby jointly report to this Court regarding the status of obtaining information about uncredited loan payments, as set forth in the parties' Further Joint Motion to Continue Mediation ("Joint Motion") and prior Joint Reports.

　　　Since the last Joint Report, Washington Mutual received documents from Bank of America pursuant to a keeper of records deposition subpoena on Bank of America. The parties are in the process of reviewing the documents and believe that no additional documents are needed at the present time from Bank of America. Counsel for the Spheekases and Washington Mutual have arranged to meet to review the information from Bank of America and attempt to reach agreement on the number of payments plaintiffs made to Washington Mutual.

　　　The parties ask this Court to schedule a continuation of the mediation for a date after February 15, 2006, in order to allow sufficient time for the parties to attempt to resolve the uncredited payments issue.

Date: January 18, 2006

| DEFENDANTS | PLAINTIFFS |
|---|---|
| WASHINGTON MUTUAL BANK, F.A. | JAMES SPHEEKAS and |
| and WASHINGTON MUTUAL, INC. | LAURIE SPHEEKAS |
| By: | By: |
| /s/ Carol E. Kamm | /s/ William F. Smith |
| Donn A. Randall, BBO# 631590 | William F. Smith |
| Carol E. Kamm, BBO# 559252 | 166 Kenoza Avenue |
| Bulkley, Richardson and Gelinas, LLP | Haverhill, MA  01832 |
| One Post Office Square, Suite 3700 | tel:  (978) 373-1290 |
| Boston, MA  02109 | fax:  (978) 373-1291 |
| Tel:  (617) 368-2500 | |
| Fax:  (617) 368-2525 | |

(Doc. # 318035)