UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES P. SPHEEKAS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11855-RGS |
| | ) | |
| WASHINGTON MUTUAL BANK, F.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SECOND REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE STEARNS

[ ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On    February 27, 2006   , I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    ___X___ CONTINUED MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

The parties were present in person or by authorized corporate officer, and were represented by counsel.

The case was:

[ X ]   Settled. Your clerk should enter a 30-day order of dismissal.

[ ]   There was progress.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_____
_____

                                                / s / Judith Gail Dein
                                             Judith Gail Dein, U.S. Magistrate Judge
DATED: February 27, 2006                           ADR Provider