UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11855 RGS

| | |
|---|---|
| JAMES P. SPHEEKAS and )<br>LAURIE A. SPHEEKAS )<br>        Plaintiffs, )<br>)<br>v. )<br>WASHINGTON MUTUAL BANK, F.A. )<br>and WASHINGTON MUTUAL, INC., )<br>        Defendants. )<br>) | **JOINT MOTION TO EXTEND<br>SETTLEMENT ORDER OF<br>DISMISSAL** |

      The plaintiffs James P. Spheekas and Laurie A. Spheekas, and the defendants, Washington Mutual Bank, F.A. and Washington Mutual, Inc., hereby jointly move this Court to extend the Settlement Order of Dismissal entered in this case, from March 29, 2006 to **April 20, 2006**. As reasons for this motion, the parties state that they reached an agreement at the mediation held on February 27, 2006 to resolve this matter. As a result, a 30-day Settlement Order of Dismissal was entered on the docket on February 28, 2006. The parties ask this Court to extend the Settlement Order of Dismissal for three weeks, to allow additional time to complete this settlement, which includes a modification of plaintiff's mortgage loan with defendants.

For the reasons set for above, the parties ask this Court to extend the Settlement Order of Dismissal until **April 20, 2006.**

Date:  March 29, 2006

| DEFENDANTS | PLAINTIFFS |
|---|---|
| WASHINGTON MUTUAL BANK, F.A. | JAMES SPHEEKAS and |
| and WASHINGTON MUTUAL, INC. | LAURIE SPHEEKAS |
| By: | By: |
| _____/s/ Carol E. Kamm_____ | __/s/ William F. Smith_____ |
| Donn A. Randall, BBO# 631590 | William F. Smith |
| Carol E. Kamm, BBO# 559252 | 166 Kenoza Avenue |
| Bulkley, Richardson and Gelinas, LLP | Haverhill, MA  01832 |
| One Post Office Square, Suite 3700 | tel:  (978) 373-1290 |
| Boston, MA  02109 | fax:  (978) 373-1291 |
| Tel:  (617) 368-2500 | |
| Fax:  (617) 368-2525 | |

(Doc. # 361657)