UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11855 RGS

| | |
|---|---|
| JAMES P. SPHEEKAS and<br>LAURIE A. SPHEEKAS<br>          Plaintiffs,<br><br>v.<br>WASHINGTON MUTUAL BANK, F.A.<br>and WASHINGTON MUTUAL, INC.,<br>          Defendants. | **JOINT MOTION TO FURTHER<br>EXTEND SETTLEMENT ORDER<br>OF DISMISSAL** |

The plaintiffs James P. Spheekas and Laurie A. Spheekas, and the defendants, Washington Mutual Bank, F.A. and Washington Mutual, Inc., hereby jointly move this Court to extend for one additional week the Settlement Order of Dismissal entered in this case, from April 20, 2006 to **April 27, 2006**. As reasons for this motion, the parties state that they reached an agreement at the mediation held on February 27, 2006 to resolve this matter, and a 30-day Settlement Order of Dismissal entered on February 28, 2006. The 30-day Settlement Order of Dismissal was extended to allow additional time to complete this settlement, which includes a modification of plaintiff's mortgage loan with defendants. Unforeseen issues have since arisen related to the loan modification and settlement, which the parties have worked diligently to resolve. The parties believe that they will be able to complete the settlement within the next week, and ask that the Settlement Order of Dismissal be extended until April 27, 2006, to allow for completion of the settlement.

For the reasons set for above, the parties ask this Court to extend the Settlement Order of Dismissal until **April 27, 2006.**

Date: April 20, 2006

| DEFENDANTS | PLAINTIFFS |
|---|---|
| WASHINGTON MUTUAL BANK, F.A. | JAMES SPHEEKAS and |
| and WASHINGTON MUTUAL, INC. | LAURIE SPHEEKAS |
| By: | By: |
| _____/s/ Carol E. Kamm_____ | __/s/ William F. Smith_____ |
| Donn A. Randall, BBO# 631590 | William F. Smith |
| Carol E. Kamm, BBO# 559252 | 166 Kenoza Avenue |
| Bulkley, Richardson and Gelinas, LLP | Haverhill, MA  01832 |
| One Post Office Square, Suite 3700 | tel:  (978) 373-1290 |
| Boston, MA  02109 | fax:  (978) 373-1291 |
| Tel:  (617) 368-2500 | |
| Fax:  (617) 368-2525 | |

(Doc. # 370308)