UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11855 RGS

| | |
|---|---|
| JAMES P. SPHEEKAS and )<br>LAURIE A. SPHEEKAS )<br>    Plaintiffs, )<br>    )<br>v. )<br>    )<br>WASHINGTON MUTUAL BANK, F.A. )<br>and WASHINGTON MUTUAL, INC., )<br>    Defendants. )<br>    ) | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

The parties to this action hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), to the dismissal of this action with prejudice, with no right of appeal and each party to bear its own costs.

Respectfully submitted:

DEFENDANTS
WASHINGTON MUTUAL BANK, F.A.
and WASHINGTON MUTUAL, INC.
By:

_____/s/ Carol E. Kamm_____
Donn A. Randall, BBO# 631590
Carol E. Kamm, BBO# 559252
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, MA  02109
Tel:  (617) 368-2500
Fax:  (617) 368-2525

PLAINTIFFS
JAMES SPHEEKAS and
LAURIE SPHEEKAS
By:

_____/s/ William F. Smith_____
William F. Smith, BBO#
166 Kenoza Avenue
Haverhill, MA  01832
Tel:  (978) 373-1290
Fax:  (978) 373-1291

Dated:  May 2, 2006

(#361653)